UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-128(01) RM |
| ) | |
| SHANE HATTER ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 14, 2010 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Shane Hatter's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   February 3, 2010

                                     /s/ Robert L. Miller, Jr.
                                     Judge
                                     United States District Court